## *CURRICULUM VITAE*

## **Edward L. Greenspan, Q.C., LL.D., D.C.L.**

Senior Partner in the law firm Greenspan, White

144 King Street East, Toronto, Ontario, M5C 1G8

---

| | |
|---|---|
| 1968 | - graduated from Osgoode Hall Law School |
| 1970 | - called to the Bar in Ontario – member of the Law Society of Upper Canada in good standing |
| 1982 | - received Queen's Counsel |
| 1999 | - received Honourary Doctorate from the Law Society of Upper Canada. LL.D. (Hon.) |
| 2002 | - received Honourary Doctorate of Civil Laws from the University of Windsor. D.C.L. (Hon.) |
| 2004 | - received Honourary Doctor of Laws from Assumption University, Windsor. LL.D. (Hon.) |
| 1983 to Present | - Canadian Who's Who |

## **ACADEMIC INVOLVEMENT**

| | |
|---|---|
| 1972 to 1999 | - Lecturer of criminal law at the University of Toronto Law School |
| 1972 - 1981 | - Lecturer of criminal procedure at Osgoode Hall Law School, York University |
| 1987 - 1989 | - Lecturer of advanced evidence in criminal cases at Osgoode Hall Law School, York University |
| 1971 to Present | - Lecturer at the Bar Admission Course in Criminal Law |
| 1982 | - Milvain Chair of Advocacy at University of Calgary Law School |

| | |
|---|---|
| 1983 | - Practitioner-in-Residence, Faculty of Law, University of Western Ontario |
| 1986 | - Culliton Lecture, University of Saskatchewan Law School |

**EDITORIAL BOARDS**

| | |
|---|---|
| 1971 to Present | - Associate Editor of the Dominion Law Reports |
| 1971 - 1975 | - Associate Editor of the Canadian Criminal Cases |
| 1971 - 1990 | - Associate Editor of the Ontario Reports |
| 1971 to Present | - Associate Editor of the Criminal Law Quarterly |
| 1975 to Present | - Editor-in-Chief of the Canadian Criminal Cases |
| 1978 to Present | - Editor of Martin's Annual Criminal Code – the most widely referred to Annotated Criminal Code by judges, lawyers, police officers and students |
| 1980 to Present | - Editor of Criminal Appeal Rules Annotations published in Ontario Annual Practice |
| 2001 to Present | - Editor of the Weekly Criminal Bulletin |
| 1982 to Present | - Member of Editorial Board of Canadian Charter of Rights Annotated |
| 1985 - 1990 | - Member of the Board of the Toronto Arts Awards Foundation |
| 1986 to Present | - Editorial Board of the Canadian Lawyer |
| 1990 to 2001 | - Editorial Board of the Law Times |

**RADIO/TELEVISION HOST**

| | |
|---|---|
| 1982 - 1990 | - Host/Narrator of "The Scales of Justice" CBC FM Docu-Drama on famous Canadian criminal trials (Actra Winner 1983 and 1985 as Best Radio Show |

|  |  |
|---|---|
|  | of the Year) |
| 1990 - 1994 | - Host/Narrator of "The Scales of Justice" CBC TV Docu-Drama on famous Canadian criminal trials (Gemini Award Winner 1993 - Best Television Show of the Year) |

**ASSOCIATIONS**

| | |
|---|---|
| 1973 | - Chairman of Criminal Justice, sub-section of the Canadian Bar Association (Ontario Branch) |
| 1977 - 1981 | - Vice-President of the Criminal Lawyers' Association |
| 1988 to Present | - Vice-President of Canadian Civil Liberties Association |
| **Member of** | - The American College of Trial Lawyers |
| | - The American National Association of Criminal Defense Lawyers |
| | - The American Bar Association |
| | - The International Society of Barristers |
| | - The Advocates' Society |
| | - The Canadian Bar Association |
| | - The Criminal Lawyers' Association |
| | - The Canadian Civil Liberties Association |
| | - Massey College Quadrangle Society |
| 1977 to Present | - Advisory Council of the Centre of Criminology at the University of Toronto |
| 1978-1985 | - Uniformity Commissioner of Canada to the Uniform Law Conference |

| | |
|---|---|
| 1983-1984 | - National Chairman of Criminal Justice, sub-section of the Canadian Bar Association |
| 1998 to 2001 | - Member of the Ontario Judicial Council |
| 2002- to Present | - Member of the Judicial Ethics Advisory Committee |
| 1979 to Present | - Honourary member of the Phi Delta Phi, The International Legal Fraternity |

## AWARDS

| | |
|---|---|
| 1965 | - The Maurice Coady Prize - University College, University of Toronto |
| 1992 | - The Commemorative Medal for the 125th Anniversary of the Confederation of Canada |
| 2001 | - G. Arthur Martin Medal |

## PUBLICATIONS

"Absolute and Conditional Discharge" (1973) Studies Crim. L., 65

Informing the Jury of the Consequences of an Insanity Verdict, (1978) 40 C.R.N.S. 73

The Role of the Psychiatrist in the Criminal Justice System (1978) 23 Can. Psychiatr. Assoc. J. 137

"The Role of the Defence Lawyer in Sentencing" in New Directions in Sentencing (Butterworths: Toronto, 1980)

"Remedies in Criminal Law" in Special Lectures of the Law Society of Upper Canada 1981 (Richard De Boo Ltd.: Don Mills, Ontario)

"The Preliminary Inquiry", in Criminal Procedure in Canada (Butterworths: Toronto, 1982)

Criminal Statistics (1982) Influence, Winter 1982/83 120

The Preparation of the Trial Brief and the Planning of Trial Strategy and Tactics (CRIMINAL); ADVOCACY, 1982, De Boo, p.35

The Exclusionary Rule, Volume 16, The Law Society of Upper Canada Gazette (Number 1) 107

Bill S-33; Canada Evidence Act Relating To Criminal Proceedings, Advocates' Society Journal, June 1983, p.14

"Fundamental Justice and the Criminal Law" in Isaac Pitblado Lectures 1983 (Manitoba)

"Perspectives in Criminal Law" by A.N. Doob and E.L. Greenspan, Q.C. Aurora: Canada Law Book, 1985

"Rehabilitation: The Justice Model and the Victim" Justice Beyond Orwell by E.L. Greenspan, eds. R.S. Abella and M.L. Rothman. Montreal: Les Editions Yvon Blais, 1985

"Opening to the Jury for the Defence in a Criminal Case: in Advocacy in Court, A Tribute to Arthur Maloney, Q.C. (Canada Law Book: Toronto, 1986)

The Future Role of Defence Counsel (1986-87) 51 Sask. Law. Rev.

GREENSPAN: The Case for the Defence by E.L. Greenspan, Q.C. and George Jonas (Macmillan of Canada: Toronto, 1987)

"The Royal Commission: History, Powers and Functions, and the Role of Counsel" in Administrative Tribunals, a Practice Handbook for Legal Counsel (Canada Law Book: Aurora, 1989)

The Quality of Life and the Practice of Law, The Law Society of Upper Canada Gazette Volume XXVI, Number 1, March 1992, page 86

God's Ideal is Justice, The Law Society of Upper Canada Gazette, Volume XXVII, Number 1, March 1993, page 48

Freedom of Expression in Canada: "Ifs, Buts & Whereases", The Law Society of Upper Canada Gazette, Volume XXIX, Number 3/4, September/December 1995, page 212

Discipline and Parole, by Edward Greenspan, Andrew Matheson and Ronald Davis, Queen's Quarterly 105/1 (Spring 1998)