**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **v.** | ) | **No. 05 cr 727** |
| | ) | **Honorable Amy J. St. Eve** |
| **Conrad M. Black,** *et al.* | ) | |

**DEFENDANT BLACK'S SUPPLEMENTAL JURY INSTRUCTION WITH
RESPECT TO COUNTS TEN, ELEVEN AND TWELVE**

This instruction relates to your consideration of Counts Ten, Eleven, and Twelve. Omissions or misstatements in SEC filings that are minor, or meaningless, or unimportant do not constitute “material” misstatements or omissions.[1]

A fact or omission is “material” if there is a substantial likelihood that a reasonable investor would consider the fact or omission significant or important in deciding whether to buy, sell, or hold securities. In other words, there must be a substantial likelihood that the fact would have been viewed by the reasonable investor as having significantly altered the total mix of information made available.[2]

---

[1] *See Basic Inc. v. Levinson*, 485 U.S. 224, 238 (1988) (stating that “the Court was careful not to set too low a standard of materiality… ‘simply to bury the shareholders in an avalanche of trivial information-a result that is hardly conducive to informed decisionmaking.’” (quoting *TSC Indus. Inc. v. Northway, Inc*., 426 U.S. 438, 448-49 (1976)).

[2] *TSC Indus. Inc. v. Northway, Inc*., 426 U.S. 438, 449 (1976); *Basic Inc. v. Levinson*, 485 U.S. 224, 238 (1988) (information is material if there is "a substantial likelihood that disclosure of the omitted fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available"); *SEC v. Mayhew*, 121 F.3d 44, 52 (2d Cir. 1997).

## **CERTIFICATE OF SERVICE**

I, MARC W. MARTIN, an attorney for Defendant Conrad M. Black, hereby certify that on this, the 13th day of June, 2007, I filed the above-described document on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

/s/ Marc W. Martin

MARC W. MARTIN
MARC MARTIN, LTD.
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 408-1111