# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727 | **DATE** | 6/12/2007 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. BLACK, ET AL | | |

**DOCKET ENTRY TEXT**

Minute entry #741, is amended to include the following Instruction A.

■[ For further details see text below.]  Docketing to mail notices.

**STATEMENT**

**COURT INSTRUCTION A**

You have heard evidence in this case regarding the disclosures of non-competition payments in Hollinger International's quarterly and annual reports and proxy statements in 2001 and 2002. The defendants in this case are not charged with securities fraud.