# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727 | **DATE** | 6/13/2007 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. BLACK, ET AL | | |

**DOCKET ENTRY TEXT**

The Court sustains Defendants' objection to Government Instruction No. 60-A.  The Court will not give this instruction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|