Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727-1,2,3,5 | **DATE** | 7/12/2007 |
| **CASE TITLE** | USA vs. Conrad Black, John Boultbee, Peter Atkinson and Mark Kipnis | | |

**DOCKET ENTRY TEXT**

Jury Deliberations Held and Continued to 7/13/2007 at 9:00 AM

Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|