# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727 - 1 | **DATE** | 7/13/2007 |
| **CASE TITLE** | USA vs. Conrad Black | | |

**DOCKET ENTRY TEXT**

TRIAL ENDS - JURY Jury Deliberations Held. Jury Returns it verdict of Guilty as to Count I, VI, VII and XIII and Not Guilty as to Counts V, VIII, IX, X, XI, XII, XIV, XV, and XVI as to the Redacted Information [766]. Court enters judgment consistent with the Jury Verdict. Defendant signs waiver of forfeiture determination by jury, which is accepted by the Court. Executed Affidavit of Waiver of Extradition in Canada due by 7/27/2007. Post Trial Motions due 8/27/07. Responses due 9/17/07, or three weeks from when they are filed, as stated in open court. Replies due 10/1/07. Government's forfeiture position paper is due 8/13/07. Responses due 9/4/07. Replies due 9/14/07. Government's version is due 7/27/07. Defendant's version is due 8/10/07. Cause referred to the Probation Office for a Presentence Investigation. Sentencing set for 11/30/07 at 9:00 AM. Government's oral motion to revoke bond is entered and continued to 7/19/07 at 2:30 PM. Defendant surrenders passport to the court and is to remain in the Northern District of Illinois until 7/19/2007 at 2:30 PM, or until further court order.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | TH |
|---|---|---|

05CR727 - 1 USA vs. Conrad Black