UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 727-1 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| CONRAD M. BLACK | ) | |

## WAIVER OF FORFEITURE DETERMINATION BY JURY

Comes now, CONRAD M. BLACK, defendant in the above-entitled matter, and by, Edward Marvin Genson, his attorney, states as follows:

1. On January 10, 2007, defendant CONRAD M. BLACK was charged with mail fraud, wire fraud, and racketeering violations pursuant to 18 U.S.C. §§ 1341 and 1343 and 18 U.S.C. § 1962, among other violations. The Superseding Information included allegations that certain property is subject to forfeiture;

2. In the event defendant CONRAD M. BLACK is found guilty of the charged offenses requiring forfeiture, he has a right to have a jury decide whether certain property is subject to forfeiture to the United States as set forth in the Superseding Information by a preponderance of the evidence;

3. The verdict of the jury on the forfeiture allegation must be unanimous;

4. The defendant has had an opportunity to discuss this waiver with counsel and understands that by signing this waiver he relinquishes rights to have a jury consider whether certain property is subject to forfeiture;

5. If a jury is waived, the judge alone will decide whether certain property belonging to the defendants is subject to forfeiture to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 18 U.S.C. § 1963.

6. Understanding the above, defendant CONRAD M. BLACK hereby waives his rights to a jury determination of the forfeiture allegations and agrees, instead, to allow the court to determine issues relating to the forfeiture.

_____
CONRAD M. BLACK
Defendant

_____
EDWARD MARVIN GENSON
Attorney for Defendant

PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby consents to the waiver of a jury determination of the forfeiture allegations in the above-entitled matter.

PATRICK J. FITZGERALD
United States Attorney

By: _____
ERIC H. SUSSMAN
JEFFREY H. CRAMER
JULIE B. RUDER
EDWARD N. SISKEL
Assistant United States Attorneys

Having considered all of the circumstances surrounding the defendant's choice of a non-jury determination of the forfeiture allegations and the due administration of justice, the defendant's waiver of a jury determination of the forfeiture allegations is approved.

_____ JUL 1 3 2007
AMY J. ST. EVE
United States District Judge