# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:05−cr−00727

                                                                      Honorable Amy J. St. Eve

F David Radler, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2007:

     MINUTE entry before Judge Amy J. St. Eve :Oral Motion by USA to revoke bond [] is continued as to Conrad M Black (1); MOTION by USA to remand as to F David Radler, Mark S Kipnis, Ravelston Corporation Limited, The, Conrad M Black, John A Boultbee, Peter Y Atkinson Government's Motion to Remand Defendant Black [807] is denied, for the reasons stated in open court as to Conrad M Black (1); as to Conrad M Black; Motion hearing held on 7/19/2007 regarding motion to revoke, motion to remand, [807]. Defendant to meet with a pretrial services officer. Defendant premitted to travel within the Northern District of Illinois and to his home in Palm Beach, Florida in the Southern District of Florida, as indicated in open court. Defendant to notify his Pretrial Service Officer prior to traveling. In Court hearing (Bond Hearing) continued to 8/1/2007 at 03:00 PM. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.