# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                            Case No.: 1:05−cr−00727
                                          Honorable Amy J. St. Eve

F David Radler, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, September 7, 2007:

     MINUTE entry before Judge Amy J. St. Eve :as to F David Radler, Ravelston Corporation Limited, The, Conrad M Black, John A Boultbee, Peter Y Atkinson. Defendant Conrad Black's request for extension of time to file response to the motion for forfeiture[850] is granted in part. Responses to the forfeiture motion by Conrad M Black (1), John A Boultbee (2), Peter Y Atkinson (3), F. David Radler (4) and Ravelston Corporation Limited (6) due on or before September 12, 2007. Mailed notice (tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.