**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                      Case No.: 1:05−cr−00727
                                        Honorable Amy J. St. Eve

F David Radler, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2007:

      MINUTE entry before Judge Amy J. St. Eve :In court hearing held on 12/17/2007 as to Conrad Black. Defendant's request for a recommendation of waiver of the Public Safety Factor on the JC is granted, with no position from the Government. The recommendation of waiver of the Deportable Alien Public Safety Factor will be included on the J Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.