# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                               Case No.: 1:05−cr−00727

                                                                                     Honorable Amy J. St. Eve

F David Radler, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

      MINUTE entry before Judge Amy J. St. Eve :as to Conrad M Black In the Judgment and Committment Order dated 12/10/07 at to Conrad Black, defendant Black was found guilty as to counts one, six, seven and thirteen of the redacted superseding information which reflects counts one, six, seven and fourteen of the Superseding Information. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.