# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

05 CR 727

RECORD WITHDRAWAL SLIP

No(s). 07-4080 08-1030 08-1072 08-1106

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

v.

CONRAD M. BLACK,
        Defendant - Appellant

**FILED**

FEB 15 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Pleadings: | Withdrawn by: |
| | Signature:_____ |
| Transcripts: | Phone Number: 312/435-5670 |
| Depositions: | Date: February 15, 2008 |
| Exhibits: | Loose Pleadings: |

Other (Specify): 15 env. in camera.

    Please sign and return to the Clerk of the United States Court of Appeals for the Seventh Circuit, Chicago, Illinois.

NOTE: Pursuant to Circuit Rule 11(d), no brief will be filed on behalf of an attorney or party if all parts of the record previously withdrawn are not returned to the Clerk's Office. Please do not take bound records apart. Please do not pass records along from one law office to another, the person withdrawing the record will remain responsible for the record until it is returned in its entirety.

(1138-032905)