# United States Court of Appeals

**FILED**

FEB 1 5 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

For the Seventh Circuit
Chicago, Illinois 60604

**CERTIFIED COPY**

February 14, 2008

*Before*

Hon. FRANK H. EASTERBROOK, *Chief Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>Nos. 07-4080, 08-1030, 08-1072<br>   and 08-1106                   v.<br><br>CONRAD M. BLACK, PETER Y. ATKINSON,<br>JOHN A. BOULTBEE and MARK S.<br>KIPNIS,<br>    Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 05 CR 727<br>]<br>] Amy J. St. Eve, Judge.<br>]<br>] |

Upon consideration of the **JOINT MOTION FOR LEAVE TO INSPECT CERTAIN DOCUMENTS UNDER SEAL**, filed on February 13, 2008, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall transfer the sealed documents in this appeal to the clerk of the Northern District of Illinois to be received by the district court. The parties must file a motion to maintain documents under seal or a status report by February 28, 2008. The documents shall be maintained under seal during that time.