UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05 CR 727 |
| | ) | |
| CONRAD M. BLACK, *et al.* | ) | Hon. Amy J. St. Eve |
| | ) | |

## <u>UNSEALED DOCUMENT (REFILED)</u>

Pursuant to the Court's September 24, 2009 Order, attached as Exhibit A is the Government's November 9, 2007 *Ex Parte* and Sealed Submission on Government's Sentencing Position Concerning Defendant Radler, with footnote 3 redacted. The government refiles this document, as two pages were inadvertently not included in the September 24, 2009 filing.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/Julie B. Porter
JULIE B. PORTER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1317

Dated: October 23, 2009