UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 05 CR 727-01 |
| | ) | Honorable Amy J. St. Eve |
| CONRAD M. BLACK, | ) | |

ORDER

Mr. Conrad Black is a defendant in a prosecution that is pending in the United States District Court for the Northern District of Illinois. He is free on bail by order of this court, and under the terms of his bail he is permitted unrestricted travel within the continental United States. This court has custody of Mr. Black's passport, which was issued by the United Kingdom and is now expired. The present order will serve as government-issued identification that will enable Mr. Black to travel by commercial air carrier within the continental United States.

IT IS SO ORDERED.

Dated: January 11, 2011

_____
AMY J. STUEVE
United States District Judge