# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                        Case No.: 1:05−cr−00727
                                                            Honorable Amy J. St. Eve

, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 13, 2011:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Conrad M Black: Status hearing held on 1/13/11 and continued to 5/9/11 at 1:00 p.m. Defendant Black is directed to be present for the 5/9/11 status. Cause referred to the Probation Office for an updated Pre−Sentence Investigation with updated guidelines. Any sentencing memoranda or objections to the PSR should be filed on or before 5/13/11. Responses by 5/27/11. Sentencing set for 6/24/11 at 9:30 a.m. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.